ACCEPTED
01-14-00977-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 4:44:49 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00977-CR**

**IN THE COURT OF APPEALS**

**FOR THE**

**FIRST JUDICIAL DISTRICT OF TEXAS**
**AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 4:44:49 PM
CHRISTOPHER A. PRINE
Clerk

**DONALD COREY HILL, APPELLANT**

**v.**

**THE STATE OF TEXAS, APPELLEE**

**STATE'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, and moves this Court to grant an extension of time for the State to file its brief in the above styled and numbered cause. In support thereof, the State would show the following:

1.   The Final Clerk's Record was filed in this case December 30, 2014.

2.   The final Reporter's Record was filed on February 17, 2015.

3.   Appellant's Brief was filed on July 3, 2015.

4.   The State's brief is due on August 8, 2015.

5.   The State would respectfully request an extension of time to file its appellate brief.

6.   This is the State's first request for extension of time in this case.

7.   The undersigned is one of three attorneys responsible for all appellate matters for the Fort Bend County District Attorney's Office and is involved in the preparation of other direct appeal briefs or post-conviction writs.

8. A realistic time that the State believes it could have its appellate brief filed in the present case is November 8, 2015.

9. Therefore, the State would request an extension of time until November 8, 2015, to file its appellate brief. If there is any way to complete the State's brief before that date, the State will forward its brief to the Court as soon as it is completed.

10. This extension is not sought for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Honorable Court grant this motion and extend the deadline for filing the State's brief in this case to November 8, 2015.

Respectfully submitted,

/s/ John J. Harrity, III
JOHN J. HARRITY, III
ASST. DISTRICT ATTORNEY
Fort Bend County, Texas
State Bar Number 09133100
301 Jackson Street, Room 101
Richmond, Texas 77469
Phone: (281) 341-4460
Fax: (281) 238-3340
John.Harrity@fortbendcountytx.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent to Appellant's attorney of record, Don A. Hecker, 200 Highway 90A, Suite B, Richmond, Texas 77479, or via email at dhecker281@aol.com, or via e-filing on the date of the filing of the original with the Clerk of this Court.

/s/John Harrity

John Harrity

## Certificate of Compliance with Texas Rule of Appellate Procedure 9.4(i)(3)

In accordance with Texas Rule of Appellate Procedure 9.4(i)(3), I, John Harrity, hereby certify that the foregoing electronically created document has been reviewed by the word count function of the creating computer program, and has been found to be in compliance with the requisite word count requirement in that its word count with regard to those portions of the brief subject to the word count requirement is 486 words.

/s/John Harrity

John Harrity